**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

HEATHER WUOLLET,

Plaintiff,

372
CV 01-~~732~~ RHK/SRN

vs.

**O R D E R**

BENNETT & DELONEY

Defendant.

---

This action having been filed three months or more and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: July 6, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____