UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV – 01-372 RHK/SRN

| | |
|---|---|
| Heather Wuollet,<br><br>Plaintiff,<br><br>-vs-<br><br>Bennett & DeLoney,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED** to by the above captioned parties and their respective attorneys that the above-entitled action against the Defendants, shall be and hereby is dismissed, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), with prejudice, and without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: July 10, 2001

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
342 County Road D East
St. Paul, MN 55117-1275
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
342 County Road D East
St. Paul, MN 55117-1275
Telephone: (651) 770-9707



J:\Closed 37000 Files\37214 Woullet v. Bennett\Notice of Dismissal with Prejudice.doc

FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 13 2001
DEPUTY CLERK

FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK
CLERK

**ORDER**

Pursuant to the foregoing Notice of Dismissal, Plaintiff's action against the Defendant is hereby Dismissed With Prejudice and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 7/13/01

Honorable Judge Richard H. Kyle
United States District Court



J:\Closed 37000 Files\37214 Woullet v. Bennett\Notice of Dismissal with Prejudice.doc